Abel Acosta, Clerk

T.C.C.A.

P.O. Box 12308, Capitol Station

Austin, Texas

78711

5-1-15

77,039-02

RE: Trial Court Case # 08-CR-2757-B

Dear Ms. Abel Acosta:

I am writting this response according to a Mandate's receipt that I have just received from an Offender that was on the Lynaugh Unit with me I the Appellant has signed the receipt and forwarded it to the Clerk of the District Court on 4-28-15 the Mandate's receipt is dated 2011. Due to my signature signed and dated on the reciept... as follows: Tex. R. App. P 51.2 (b) Judgment of Affirmance; Defendant is not suppose to be in Custody of the Texas Department of Criminal Justice followed the State of Texas.

Sincerely,

Kamuel Lindsey

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk